[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 05-13244

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 26, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00483-CR-T-24-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANFORD TAYLOR-WALTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 26, 2006)**

Before ANDERSON, FAY and SILER*, Circuit Judges.

PER CURIAM:

_____
*Honorable Eugene E. Siler, Jr., United States Circuit Judge for the Sixth Circuit, sitting by designation.

We note that appellant does not challenge his conviction, and it is accordingly affirmed. After oral argument and careful consideration, we conclude that the appellant's sentence is also due to be affirmed. The government's challenge to the court's jurisdiction to review the sentence for reasonableness is foreclosed by our decision in <u>United States v. Martinez</u>, 434 F.3d 1318 (11th Cir. 2006). Appellant's challenges to the district court's denial of the safety-valve adjustment and a minor role reduction, as well as his challenge to the reasonableness of his sentence, are rejected for the reasons discussed at oral argument.

Accordingly, the judgment of the district court is

**AFFIRMED.**